# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Thomas C. Michaelides,  )
Attorney at Law, Bar No. 5425  )
)  Case No.: 2:17-ms-00103
)
)  **ORDER OF SUSPENSION**

On November 22, 2017, this Court entered an Order to Show Cause and was mailed via certified mail. The Order to Show Cause provided Mr. Michaelides with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. On December 11, 2017, Mr. Michaelides filed a letter agreeing with the Nevada State Bar to serve a three-month suspension.

Accordingly, **IT IS HEREBY ORDERED** that Thomas C. Michaelides, Nevada State Bar No. 5425, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 26 day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 29th day of January, 2018, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Thomas C. Michaelides
    TCM Law Group
    1614 S. Maryland Pkwy.
    Las Vegas, NV 89104

Certified Mail No.:   7016 2140 0000 1723 4918

    /s/ Michael Zadina
    Deputy Clerk
    United States District Court,
    District of Nevada