# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In Re: Thomas C. Michaelides  )
Attorney at Law, Bar No. 5425  )
                                          )      Case No.: 2:18-cv-00364-GMN
                                          )
                                          )      **ORDER**

Pending before the Court is Thomas C. Michaelides's ("Michaelides") Ex Parte Motion for Reinstatement, (ECF No. 8), to practice in the United States District Court for the District of Nevada. On January 26, 2018, the Court filed its Order of Suspension, (ECF No. 3), and Michaelides filed a Response, (ECF No. 4), on February 22, 2018. On May 15, 2018, Michaelides filed a motion for reinstatement, (ECF No. 6), which the Court denied with leave to refile, (ECF No. 7). On May 8, 2019, Michaelides filed the instant Motion for Reinstatement, (ECF No. 8).

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." L.R. IA 11-7(i). The Rule further provides: " . . . if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.*

Here, the Court reciprocally suspended Michaelides after the Nevada Supreme Court ordered Michaelides's 90-day suspension. *In re Discipline of Michaelides*, No. 73008 (Nev. Nov. 17, 2017). Additionally, the Nevada Supreme Court ordered Michaelides to

pay restitution in the amount of $1,312 to Marianne Wojciechowicz and $2,000 to Susan Hughes within 60 days from the date of this order, if he has not done so already. Additionally, Michaelides shall pay the actual costs of the disciplinary hearing, plus $2,500, within 30 days of the date of this order.

*Id.*

In the instant Motion, Michaelides submits that he should be reinstated to practice in the U.S. District Court for the District of Nevada because he "followed all the protocols and requirements requested of him by the Nevada State Bar. He served his suspension and has had no new issues arise from his practice." (Mot. for Reinstatement 4:2–3, ECF No. 8). In support of his Motion, Michaelides provides a Certificate of Good Standing from the Nevada State Bar. Michaelides also provides a letter from the Nevada State Bar indicating that he has satisfied all obligations imposed by the Nevada Supreme Court's order. Upon review of said documents, the Court finds that Michaelides's Motion for Reinstatement is "supported by good cause and the interests of justice." L.R. IA 11-7(i).

Accordingly,

**IT IS HEREBY ORDERED** that Michaelides's Motion for Reinstatement, (ECF No. 8), is **GRANTED**.

**DATED** this __26__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court