# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Thomas C. Michaelides<br>Attorney at Law, Bar No. 5425 | Case No. 2:18-cv-00364-MMD<br><br>ORDER OF SUSPENSION |

On March 2, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of March 4, 2022. The OSC provided Mr. Michaelides with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Thomas C. Michaelides. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Thomas C. Michaelides, Bar No. 5425, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 25th Day of April 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 25th Day of April 2022, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Thomas C. Michaelides
>c/o Thomas F. Pitaro, Esq., and
>c/o Emily K. Strand, Esq.
>601 Las Vegas Blvd., South
>Las Vegas, NV 89101

Certified Mail No.: 7021 0950 0001 6737 4516

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada