UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| *In re*: Thomas C. Michaelides, Attorney at Law, Bar No. 5425 | Case No. 2:18-cv-00364-MMD<br><br>ORDER |

### I.  SUMMARY

This is an attorney discipline matter. Before the Court is Thomas C. Michaelides' petition for reinstatement (the "Petition"). (ECF No. 18.) As further explained below, the Court will deny Mr. Michaelides' Petition.

### II.  BACKGROUND

The Court issued an order to show cause as to why Mr. Michaelides should not be reciprocally suspended by the Court following his suspension by the Nevada Supreme Court ("NSC") in 2022. (ECF No. 12 ("OSC").) Mr. Michaelides never responded to the OSC, so the Court reciprocally suspended him. (ECF No. 15.)

Mr. Michaelides recently filed the Petition, requesting reinstatement because he wishes to serve as counsel in an upcoming jury trial in this District. (ECF No. 18 at 3.) He argues the Court should reinstate him because he is still able to practice in state court, though he is on probation and subject to several probationary conditions that he says he is either complying with or intends to comply with. (*Id.* at 2-4.)

### III.  DISCUSSION

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." LR IA 11-7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or

the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.* However, the decision as to whether and under what circumstances the attorney will be reinstated to practice before this Court is left to the discretion of the Chief Judge, or other reviewing Judge if the Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

The Court will deny the Petition because, while Mr. Michaelides does appear to be allowed to practice in the Nevada state courts, he is also subject to probationary conditions imposed by the NSC that this Court has neither the obligation, resources, nor inclination to monitor. (ECF No. 18 at 8.)

That said, Mr. Michaelides is free to petition the Court for reinstatement under LR IA 11-7(i) again assuming he is able to successfully complete his term of probation with the NSC. Any petition for reinstatement should not be filed until Mr. Michaelides has successfully discharged each and every probationary condition imposed on him by the NSC, and he is able to present both a certificate of good standing from the NSC and evidence sufficient to establish that his practice in the Nevada state courts is fully unencumbered by any probationary or other conditions stemming from any discipline imposed on him by the NSC, such as a letter from the state bar stating that he has fully discharged all the probationary conditions imposed on him.

**IV.     CONCLUSION**

It is therefore ordered that Mr. Michaelides' petition for reinstatement (ECF No. 18) is denied.

DATED THIS 14th Day of March 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District, and that on this 21st day of March 2023, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Thomas C. Michaelides
>TCM Law Group
>2620 Regatta Dr., Ste. 211
>Las Vegas, NV 89128

>Certified Mail No.: 7020 3160 0000 7420 3487

>/s/ Sharon H.
>Deputy Clerk
>United States District Court,
>District of Nevada