UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Thomas C. Michaelides<br>Attorney at Law, Bar No. 5425 | Case No.: 2:18-cv-364<br><br>ORDER GRANTING PETITION FOR REINSTATEMENT<br><br>[ECF No. 22] |

      Thomas Michaelides was suspended from the practice of law by the Supreme Court of Nevada in 2017. He was suspended from practicing law in this court in January 2018. ECF No. 3. After he was reinstated to practice in Nevada state court, this court also reinstated him. ECF No. 9. He was again suspended by the Supreme Court of Nevada in 2022, and this court suspended him as well. ECF No. 15. Mr. Michaelides was later reinstated to practice by the Supreme Court of Nevada, subject to probationary conditions for an additional 18 months. The probationary period has now expired and Mr. Michaelides is in good standing with the State Bar of Nevada. He now petitions to be reinstated to this court. ECF No. 22.

      Under Local Rule IA 11-7(i), a suspended attorney "may petition for reinstatement to practice before this court . . . as may be supported by good cause and the interests of justice." The decisions whether and under what circumstances the attorney will be reinstated to practice before this court are left to the discretion of the Chief Judge or their designee. *See id.*

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1 | I grant the petition. The probationary period imposed by the Supreme Court of Nevada has expired and the State Bar of Nevada shows Mr. Michaelides is in good standing. I therefore order that Mr. Michaelides's petition for reinstatement (ECF No. 22) is granted and he is reinstated to practice in United States District Court for the District of Nevada.

DATED this 8th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE