**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re*: Thomas C. Michaelides,<br>Attorney at Law, Nevada Bar No. 5425 | Case No. 2:18-cv-364-APG<br><br>**ORDER OF DISBARMENT** |

Attorney Thomas C. Michaelides, Nevada Bar No. 5425, was disbarred by the Supreme Court of Nevada on August 7, 2026. On September 1, 2026, I ordered Thomas C. Michaelides to show cause why this court should not impose reciprocal discipline and disbar him. ECF No. 24. That order was mailed via certified mail. However, the order was returned from the United States Postal Service marked "Return to Sender-Unclaimed-Unable to Forward." Regardless, the order provided Thomas C. Michaelides with 30 days to respond with reasons why he should not be disbarred. No response has been received. Failure to respond requires me to enter an order of disbarment. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Thomas C. Michaelides, Nevada Bar No. 5425, is disbarred from practice in United States District Court for the District of Nevada.

DATED this 16th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 16th day of October, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Thomas C. Michaelides
1012 Misty Glenn Ct.
North Las Vegas, NV 89032

Certified Mail No.: 9589 0710 5270 1165 2467 29

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada